**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS CROUSE,** | : | CIVIL ACTION NO. 1:05-CV-2315 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WEST LEBANON TOWNSHIP, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of November, 2005, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. 3), and it appearing that plaintiff is unable to pay the filing fee in the above-captioned case, see 28 U.S.C. § 1915 ("[A]ny court of the United States may authorize the commencement, prosecution, or defense of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets . . . that the person is unable to pay such fees or give security therefor."), it is hereby ORDERED that the motion (Doc. 3) is GRANTED. The Clerk of Court is directed to effect service on the defendants named in the complaint (see Doc. 1).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge