IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CROUSE,** | : | **CIVIL ACTION NO. 1:05-CV-2315** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WEST LEBANON TOWNSHIP, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 19th day of April, 2006, upon consideration of *pro se* plaintiff's motion to strike (Doc. 16), requesting that a motion to dismiss (Doc. 11) filed by defendants Lisa Arnold, the Lebanon County Correctional Facility, Sheriff Michael DeLeo, and the Lebanon County Sheriff's Department, be stricken as containing "immaterial and impertinent matter," and it appearing that plaintiff has not filed a response to other pending motions to dismiss (see Docs. 18, 19, 20, 24), see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . . [or] shall be deemed not to oppose such motion."), and the court finding that the motion at issue (Doc. 11) contains only relevant and pertinent information and otherwise complies with the Federal and Middle District rules of procedure, it is hereby ORDERED that:

1. The motion to strike (Doc. 16) is DENIED.

2. Plaintiff shall, on or before May 1, 2006, file briefs in opposition to all pending motions (Docs. 11, 18, 19, 20, 24) to dismiss. Failure to comply with this paragraph may result in the granting of the motions, or the dismissal of this case for failure to prosecute. See L.R. 7.6; FED. R. CIV. P. 41.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge